**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

CIVIL MINUTES - GENERAL

Case No.: SA CV 08-208 AHS (ANx)          Date: September 2, 2009

Title:    Glassell Development, Inc., et al. v. NIC Insurance
          Company, et al.
==================================================================

**PRESENT**:  HON. **ALICEMARIE H. STOTLER**, U.S. DISTRICT JUDGE

          Ellen Matheson                          Not Present
          Deputy Clerk                            Court Reporter

**ATTORNEYS PRESENT:**  None present

**PROCEEDINGS:**   ORDER (1) CONTINUING THIRD PARTY DEFENDANT INDIAN
                   HARBOR'S MOTION FOR SUMMARY JUDGMENT FROM
                   SEPTEMBER 14, 2009 TO OCTOBER 19, 2009 AT 10:00
                   A.M. AND (2) TO SHOW CAUSE WHY MOTION SHOULD NOT BE
                   DENIED AS MOOT, RETURNABLE SEPTEMBER 11, 2009

**I.     Order Continuing Motion for Summary Judgment**

       On the Court's own motion, the hearing on third party
defendant Indian Harbor Insurance Company's ("Indian Harbor")
Motion for Summary Judgment is ordered continued from September
14, 2009, to October 19, 2009, at 10:00 a.m.

**II.    Order To Show Cause**

       On June 29, 2009, the defendants NIC Insurance Company
("NIC") and third party defendant Indian Harbor Insurance Company
("Indian Harbor") filed a stipulation requesting the Court
continue the hearing on Indian Harbor's Motion for Summary
Judgment.  NIC and Indian Harbor indicated that "Indian Harbor's
motion will be moot if the Court grants [NIC's] summary judgment
for rescission."  On June 30, 2009, the Court granted the
parties' request and continued the hearing on Indian Harbor's
Motion for Summary Judgment to September 14, 2009.  Also on June
30, 2009, the Court granted NIC's Motion for Summary Judgment on
the Second Cause of Action (Rescission) in the Counterclaim.
Accordingly, Indian Harbor's Motion for Summary Judgment should

**MINUTES FORM 11**                      **INITIALS OF DEPUTY CLERK sdm**
**CIVIL - GEN      DAM            D - M**
O:\ECF Ready\SA CV 08-208.Glassell Dev v. NIC.OSC re3d pty MSJ.Rev1AHS.wpd

<u>Glassell Development, Inc., et al. v. NIC Insurance Company, et al.</u>
<u>SA CV 08-208 AHS (ANx)</u>

be moot.  Indian Harbor, however, has not filed a Notice of Withdrawal.

    NIC and Indian Harbor are ordered to show cause in writing no later than September 11, 2009, why Indian Harbor's Motion for Summary Judgment should not be denied as moot, as indicated, or why the Motion should remain on the Court's hearing calendar.  If the Motion is moot, Indian Harbor should concurrently file a Notice to Withdraw the Motion.  Failure to timely respond will result in denial of Indian Harbor's motion.

    The Clerk shall serve this minute order on counsel for all parties in this action.