1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

# - SANTA ANA

| | |
|---|---|
| GLASSELL DEVELOPMENT, INC., ANDREW GLASSELL, | CASE NO. 8:08-cv-00208 AHS (ANx) |
| Plaintiffs, | **STIPULATED JUDGMENT** |
| v. | Complaint Filed: February 26, 2008 |
| NIC Insurance Company; NAVIGATORS INSURANCE COMPANY, a New York corporation, | *Assigned to District Judge:*<br>*Hon. Alicemarie H. Stotler*<br>*and to Discovery Magistrate Judge:*<br>*Hon. Arthur Nakazato* |
| Defendants. | |
| AND RELATED THIRD PARTY AND COUNTER-CLAIM ACTIONS. | |

Whereas Andrew Glassell and Glassell Development, Inc. (collectively Glassell) filed a complaint against NIC for breach of contract and bad faith arising from NIC's denial of the tender of the defense in an action styled *Lin v. Glassell*, and

Whereas NIC filed a counterclaim for rescission against Glassell seeking to rescind various policies based on misrepresentations in the applications for insurance, and

Whereas NIC filed a motion for summary judgment on the rescission counterclaim and received an order granting its motion, a copy of which is attached, and

Whereas the parties agree that the Court's order granting NIC's motion for summary judgment, and the rescission of the policies *ab initio* moots the issues raised in Glassell's complaint, and

Whereas the Court's order granting summary judgment resolves all issues pending in the lawsuit,

IT IS THEREFORE STIPULATED BY AND BETWEEN ANDREW GLASSELL AND GLASSELL, INC., INDIAN HARBOR and NIC:

That the Court may dismiss plaintiffs' complaint in its entirety as moot;

That the Court may dismiss NIC's cross claim against Indian Harbor as moot, each party to bear its own fees and costs;

That the Court may enter a judgment of rescission of the following NIC policies and return of the corresponding premiums:

| | |
|---|---|
| July 1, 2002-July 1, 2003 | $18,663.47 |
| July 1, 2003-July 1, 2004 | $25,221.28 |
| July 1, 2004-July 1, 2005 | $27,054.24 |
| July 1, 2005-January 7, 2006 | $25,645.22 |

Because John Glassell, individually, became the insured, replacing Glassell Development, Inc., at the midpoint of the final policy year, the rescission only contemplates six months of return premium for the final year, representing the time

1

1  during which Glassell Development, Inc. was the insured.  This equals $12,822.61.
2  Upon entry of this final judgment, NIC will pay Glassell Development the sum of
3  $83,761.60.  Glassell waives any claim for interest and NIC waives its claim for costs
4  of suit.

5       FURTHER, Glassell agrees to dismiss its pending appeal and stipulates that it
6  will not file any motions or appeals from this motion or any other proceedings in this
7  action, such that this judgment will be a final judgment.

Dated:  January 22, 2010.        LAW OFFICE OF BRUCE CORNBLUM


By: /s/ Bruce Cornblum
    Bruce Cornblum
    Attorney for Plaintiffs
    GLASSELL DEVELOPMENT, INC.,
    ANDREW GLASSELL


Dated:  January 22, 2010.        By: /s/  Andrew Glassell
    GLASSELL DEVELOPMENT, INC.,
    ANDREW GLASSELL


Dated:  January 22, 2010.        SELVIN WRAITH HALMAN LLP


By: /s/ Gary R. Selvin
    Gary R. Selvin
    Mark E. Inbody
    Attorneys for Defendants/Third Party
    Plaintiffs/Cross-Claimants NIC
    INSURANCE CO. and NAVIGATORS
    INSURANCE COMPANY

Dated: January 22, 2010.                           MURCHISON & CUMMING LLP


By: /s/ Nancy Potter
Nancy Potter
Attorneys for Third Party Defendant
INDIAN HARBOR INSURANCE
COMPANY

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Plaintiffs' complaint in its entirety is dismissed as moot;

2. Judgment is entered in favor of NIC and against Andrew Glassell and Glassell Development, Inc. rescinding the policies, as set forth above, in consideration for which NIC will refund the premiums, $83,761.60.

2. NIC's cross claim against Indian Harbor is dismissed as moot, each party to bear its own fees and costs;

3. The policies issued effective July 1, 2002 through January 7, 2006 are rescinded.

Dated: January 22, 2010.


ALICEMARIE H. STOTLER
Alicemarie H. Stotler
United States District Judge